UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RODNEY NORMAN (#121863)**  **CIVIL ACTION NO.**

**VERSUS**  **20-893-JWD-EWD**

**UNKNOWN WRIGHT, ET AL.**

## RULING

On or about December 30, 2020, the Plaintiff, who is representing himself and is confined at the Louisiana State Penitentiary in Angola, Louisiana, filed a Complaint alleging a civil rights violation pursuant to 42 U.S.C. § 1983.[1] Plaintiff failed to submit his complaint on the proper form and failed to submit either the filing fee or a properly completed motion to proceed *in forma pauperis* with statement of account, so pursuant to correspondence dated January 5 2021, the Court directed Plaintiff to properly complete his Complaint on the approved form and submit either the full filing fee or a properly completed motion to proceed *in forma pauperis* with statement of account within twenty-one (21) days and advised him that failure to do so would result in dismissal of his suit without further notice.[2]

A review of the record by the Court reflects that, though Plaintiff submitted a motion to proceed *in forma pauperis*,[3] he has failed to submit his Complaint on an approved form as directed. Rather, Plaintiff did not resubmit his Complaint at all. As such, Plaintiff's action shall be dismissed without prejudice for failure to correct the deficiencies of which he was notified. Accordingly,

---

[1] R. Doc. 1.
[2] R. Doc. 3.
[3] R. Doc. 4.

**IT IS HEREBY ORDERED** that the above-captioned proceeding is hereby **DISMISSED WITHOUT PREJUDICE**. *Judgment* shall be entered accordingly.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Proceed *in Forma Pauperis* is **DENIED AS MOOT**.[4]

Signed in Baton Rouge, Louisiana, on February 19, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[4] R. Doc. 4.